UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 05-1354 PAM/AJB

DANIEL H. HOFFMAN,  )
        )
    Plaintiff,  )
        )
  v.  )  **O R D E R**
        )
JO ANNE B. BARNHART,  )
Commissioner of  )
Social Security,  )
        )
    Defendant.  )

Based upon the motion of the government,

IT IS HEREBY ORDERED that this case is remanded to the Commissioner for further administrative action pursuant to Sentence 6 of Section 205(g) of the Social Security Act, Title 42, United States Code, Section 405(g).

Dated: October 22, 2005

                                      <u>s/ Paul A. Magnuson</u>
                                      PAUL A. MAGNUSON
                                      United States District Court Judge