UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel H. Hoffman,                                  Civil No. 05-1354 (PAM/AJB)

           Plaintiff,

v.                                                                **ORDER**

Commissioner of Social Security,

           Defendant.

---

       This case arises from a denial of Social Security Disability Insurance benefits. In October 2005, the Court remanded the case to the Commissioner of Social Security for further administrative action. Thereafter, Plaintiff Daniel Hoffman received a favorable administrative decision. In particular, the administrative law judge determined that Hoffman has been disabled since February 4, 2000 and concluded that Hoffman was therefore eligible for benefits.

       Thereafter, the Court reopened this case and ordered Hoffman to show why the Complaint and action should not be dismissed with prejudice. (Docket No. 14.) Hoffman has not responded. Accordingly, **IT IS HEREBY ORDERED** that the Complaint is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 14, 2007

                                                   s/ Paul A. Magnuson
                                                   Paul A. Magnuson
                                                   United States District Court Judge